**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| OKEY CRUM, JR., *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO. 7:07-CV-128 (WLS) |
| | * | 42 U.S.C. § 1983 |
| THOMASVILLE COUNTY JAIL, | * | |
| *et al.*, | * | |
| | * | |
| Defendants. | * | |

## **RECOMMENDATION**

Plaintiffs Okey Crum and John Sharp filed the current action pursuant to 42 U.S.C. § 1983 on November 6, 2006. (R-1). On August 1, 2007, the court issued an Order regarding several motions filed by Plaintiff Crum, but the mail was returned as undeliverable. (R-56, 57). In addition, notice was sent to the Plaintiffs in August that this case had been transferred from the Thomasville Division to the Valdosta Division, but the mail was returned as undeliverable as to all remaining Plaintiffs. (R-58, 61).

Pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE, an action may be dismissed for failure to prosecute, which would include the failure to keep the court apprised of a party's current whereabouts. Because both of the remaining Plaintiffs have been released from their most recent incarceration without informing the court clerk's office of their current addresses, it is recommended that this action be dismissed as to both of the Plaintiffs.

The adoption of this recommendation would render Defendants' Motions to Dismiss

(R-48, 59) moot. In addition, Plaintiff has one outstanding Motion (R-15), a Motion to Compel the Thomas County jail to produce a certified copy of Plaintiff Sharp's prison trust account. Said copy was produced in December 2006, and Plaintiff Sharp was granted permission to proceed *IFP*, rendering said Motion moot. Having recommended that the action be dismissed Pursuant to Rule 41(b) for failure to prosecute, which would include the failure to keep the court apprised of a party's current whereabouts, it is recommended Motions 15, 48 and 59 be DENIED as moot.

**IT IS RECOMMENDED,** therefore, for the foregoing reason, that this case be DISMISSED for the Plaintiffs' failure to prosecute the action. Pursuant to 28 U.S.C. § 636(b)(1), the Plaintiffs may file written objections to this recommendation with the United States District Judge, WITHIN TEN (10) DAYS after being served with a copy thereof.

SO RECOMMENDED this 4th day of September, 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

mZc