# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

OKEY L. CRUM, JR., *et al.*, :
:
    Plaintiff, :
:
v. : 7:07-CV-128 (WLS)
:
THOMASVILLE COUNTY JAIL :
ADMINISTRATION, et. al., :
:
    Defendants. :
:

## ORDER

    Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed on September 4, 2007. (Doc. 62). It is recommended that Plaintiffs' action be dismissed for failure to prosecute. *Id.* Additionally, it is recommended that Plaintiffs' Motion to Compel (Doc. 15) and Defendants' Motions to Dismiss (Doc. 48, 59) be denied as moot. *Id.* No objection has been filed.[1] The Court further finds that no lesser sanction than dismissal will suffice.

    Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 62) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the

---

[1] In the January 4, 2007 orders granting Plaintiffs' Motions to Proceed *In Forma Pauperis*, Plaintiffs were advised of their duty to advise the Court of any changes in their addresses. Plaintiffs were further advised that "**FAILURE TO PROMPTLY ADVISE THE CLERK OF ANY CHANGE OF ADDRESS MAY RESULT IN THE DISMISSAL OF A PARTY'S PLEADINGS FILED HEREIN!**" (Docs. 30, 31) (capitalization and boldface type in original).

The instant Report and Recommendation was mailed to Plaintiffs' last known addresses by the Clerk's office on the date of its filing. Said mail was returned to the Clerk's office as undeliverable on September 10, 2007. (Doc. 63). Plaintiffs have failed to notify the Court of their change of address as required. Upon review, the Court finds that there is nothing in the record that indicates that Plaintiffs have been prevented from keeping the Court advised of their current address.

1

findings made, reasons stated and conclusions reached herein. Accordingly, Plaintiffs' action is **DISMISSED FOR FAILURE TO PROSECUTE**; and Plaintiffs' Motion to Compel (Doc. 15) and Defendants' Motions to Dismiss (Doc. 48, 59) are **DENIED AS MOOT**.

**SO ORDERED**, this  13th  day of September, 2007.


                                                   /s/W. Louis Sands
                                          **THE HONORABLE W. LOUIS SANDS,**
                                          **UNITED STATES DISTRICT COURT**